**Matthias R. DOELLER, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Larry Crawford, Director, Respondent.**

**No. WD 69430.**

Missouri Court of Appeals, Western District.

March 17, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2009.

Matthias R. Doeller, Pro se, Moberly, MO, for Appellant.

Stephen D. Hawke, Jefferson City, MO, for Respondent.

Before: JAMES M. SMART, Presiding Judge, JOSEPH M. ELLIS, Judge and JAMES E. WELSH, Judge.

### *ORDER*

PER CURIAM:

Matthias Doeller appeals from a judgment granting the Department of Correction's motion for judgment on the plead-

ings on his declaratory judgment petition. After a thorough review of the record, we find that from the face of the pleadings, the pleadings demonstrate that the Department is entitled to judgment as a matter of law. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. *Rule 84.16(b).*